1  BRODY R. WIGHT, ESQ.
   Nevada Bar No. 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
   8985 S. Eastern Ave., Ste 200
3  Las Vegas, NV 89123 *(Nevada Office)*
   Tel: (470) 832-5586
4  Fax: (404) 962-6800
   brody.wight@troutman.com
5  *Attorney for Ally Financial Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| KIMBERLY DAVIS, | |
|---|---|
| Plaintiff, | Case No.: 2:24-cv-00902-JCM-NJK |
| v. | |
| ALLY FINANCIAL INC., *et al.* | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant ALLY FINANCIAL INC. ("Defendant") and Plaintiff KIMBERLY DAVIS ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint on May 14, 2024;

2. Defendant was served with the Complaint on May 16, 2024;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is June 6, 2024;

4. Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a

114231358

review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including July 8, 2024 to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant ALLY FINANCIAL INC. shall have up to and including July 8, 2024 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 30th day of May 2024

*/s/ Brody R. Wight*
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

*Attorney for Ally Financial Inc.*


*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

IT IS SO ORDERED.
Dated: May 31, 2024

.
.

_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -

114231358