# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00902-JCM-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is the parties' proposed discovery plan, Docket No. 20, which is **DENIED** without prejudice for each of the reasons identified below.

First, the discovery plan fails to identify the date on which Defendant answered or first appeared. *But see* Local Rule 26-1(b)(1).

Second, the discovery plan fails to state the number of days sought for the discovery period. *But see id.*

Third, the discovery period seeks special scheduling without complying with the rules for seeking special scheduling. The presumptively reasonable discovery period is 180 days from the Defendant's answer or first appearance. *See id.* The discovery plan seeks a longer discovery period with no explanation.

An amended discovery plan must be filed by August 14, 2024.

IT IS SO ORDERED.

Dated: August 7, 2024

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge