Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY DAVIS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>ALLY FINANCIAL, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:24-cv-00902-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALLY FINANCIAL, INC. WITH PREJUDICE** |

Plaintiff, Kimberly Davis ("Plaintiff") and Defendant, Ally Financial, Inc. ("Ally") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Ally bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: September 30, 2024

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 30, 2024

**TROUTMAN PEPPER HAMILTON
SANDERS, LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Brody.wight@troutman.com
*Attorneys for Ally Financial, Inc.*

## ORDER

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Ally are hereby dismissed with prejudice. Each party will bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2024